## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

STATE FARM FIRE AND CASUALTY
COMPANY, as Subrogee of Michael
and Marilyn Kramer,

       Plaintiff,

vs.

CONAIR CORPORATION, a
Delaware corporation,

       Defendant.

_____/

Case No.: 11-cv-10237

Hon. Gerald E. Rosen

Magistrate Judge Mark A. Randon

STEPHEN J. HESSEN (P41663)
ANDREW J. VANBRONKHORST (P72095)
Kreis, Enderle, Hudgins & Borsos, P.C.
Attorneys for Plaintiff
P.O. Box 4010
Kalamazoo, MI 49003-4010
(269) 324-3000

MARK SHREVE (P29149)
Garan Lucow Miller, P.C.
Attorney for Defendant
1111 W. Long Lake Rd., Ste. 300
Troy, MI 48098-6333
(248) 641-7600

_____/

## STIPULATED
## ORDER TO PRECLUDE
## EXPERT WITNESS JACK SANDERSON
## and FIRE FINDINGS LABORATORIES, LLC

This matter having come before this Honorable Court, and this Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's proposed experts, Jack Sanderson and

*expert witness*

employees of Fire Findings Laboratories, LLC are precluded from providing any testimony

as to any aspect of this action.

11/1/11

_____
U.S. District Court Judge

As Stipulated to:

Andrew J. Vanbronkhorst
Attorney for Plaintiff

628232.1