**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

STATE FARM FIRE AND CASUALTY
COMPANY, as Subrogee of Michael
and Marilyn Kramer,

       Plaintiff,

                                  Case No.: 11-cv-10237

vs.

                                  Hon. Gerald E. Rosen

CONAIR CORPORATION, a
Delaware corporation,                   Magistrate Judge Mark A. Randon

       Defendant.

_____/

**ORDER REGARDING DEFENDANT'S MOTION TO COMPEL
SPECIFIC ANSWERS TO INTERROGATORIES
AND DOCUMENT PRODUCTION UNDER FRCP 37**

     This matter having come on for hearing upon the Defendant Conair Corporation's

Motion to Compel Specific Answers to Interrogatories and Document Production Under

FRCP 37, and this Court having heard oral argument on November 1, 2011, and being

otherwise fully advised in the premises,

     1.    **IT IS HEREBY ORDERED** that within fourteen (14) days of the date of the

entry of this order the Plaintiff shall disclose to the Defendant the information regarding any

of the Plaintiff's testing on any artifacts and/or the coffee maker at issue as removed from

the August 31, 2008 fire scene which is to include the type of tests performed, the date the

test was performed and the individual performing said test.

     2.    **IT IS FURTHER ORDERED** that within fourteen (14) days of the date of the

entry of this order the Plaintiff is to provide to the Defendant documentation regarding the

payments made by State Farm Fire & Casualty Company for services performed by Kirby,

Bailey & Associates and/or Rehmann Corporate Investigative Services for each year from

January 1, 2004 through the present date.

3.      **IT IS FURTHER ORDERED** that within fourteen (14) days of the date of the entry of this order Defendant shall provide to Plaintiff written materials which would have been provided with the sale of the coffee maker at issue that sets forth any written warranties applicable to the coffee maker at issue.

4.      **IT IS FURTHER ORDERED** that all other aspects of Defendant's Motion to Compel  specific interrogatories and document production under FRCP 37 is adjourned for further consideration by this Court to be heard on December 6, 2011 at 10:00 a.m.

Approved as to form:


s/with consent of Andrew J. Vanbronkhorst        s/Mark Shreve
ANDREW J. VANBRONKHORST                 MARK SHREVE
Kreis, Enderle, Hudgins & Borsos, P.C.        Garan Lucow Miller, P.C.
P.O. Box 4010                    1111 W. Long Lake Rd., Ste. 300
Kalamazoo, MI 49003-4010            Troy, MI 48098-6333
(269) 324-3000                    (248) 641-7600


                    s/Mark A. Randon
                    Mark A. Randon
                    United States Magistrate Judge
Dated:  November 29, 2011

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 29, 2011, electronically.*

                    *s/Melody R. Miles*
                    *Case Manager to Magistrate Judge Mark A. Randon*
                    *(313) 234-5542*