**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STATE FARM FIRE AND CASUALTY
COMPANY, as Subrogee of Michael
and Marilyn Kramer,

      Plaintiff,

vs.

CONAIR CORPORATION, a
Delaware corporation,

      Defendant.
_____/

Case No.: 11-cv-10237

Hon. Gerald E. Rosen

Magistrate Judge Mark A. Randon

**SUPPLEMENTAL ORDER**
**REGARDING DEFENDANT'S MOTION TO COMPEL**
**SPECIFIC ANSWERS TO INTERROGATORIES**
**AND DOCUMENT PRODUCTION**

    This matter having come on for hearing before this Honorable Court upon Defendant's Conair Corporation's Motion to Compel Specific Answers to Interrogatories and Document Production Under FRCP 37 (Docket No.: 33), and this Court having heard oral argument on November 1, 2011, and having issued its Order regarding Defendant's Motion to Compel Specific Answers to Interrogatories and Document Production Under FRCP 37 (Docket No. 41), and pursuant to paragraph 4 of said Order proceeded with the continuation of this hearing on December 6, 2011, and this Court being otherwise fully advised in the premises,

    1.    **IT IS HEREBY ORDERED** that Plaintiff shall provide full and complete answers to Defendant's Interrogatories Nos: 2, 3, 5, and 8 and corresponding Document Production Nos: 6 and 12 within twenty-one (21) days of December 6, 2011.

    2.    **IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Objections and Compel Discovery Under Federal Rules of Civil Procedure Rule 37 (Docket No: 43) is

stayed until further scheduling by this Court pending the Plaintiff's compliance with paragraph No. 1 of this Order and the establishment of those areas at issue in regard to Plaintiff's claims as determined by Plaintiff's compliance with paragraph No. 1 of this Order.

3. **IT IS FURTHER ORDERED** that discovery relating to Plaintiff's Second Set of Interrogatories and Second Request for Production of Documents is also stayed pursuant to paragraphs No. 1 and 2 of this Order.

4. **IT IS FURTHER ORDERED** that this Court having heard oral argument and being aware of certain circumstances outside of Plaintiff's control relating to providing responses to paragraph No. 1, that the Court will agree, as has Defendant's counsel, to issue appropriate stipulated extensions for Plaintiff's compliance with paragraph No. 1.

5. **IT IS FURTHER ORDERED** that this Court recommends in light of the circumstances of this case that Judge Gerald E. Rosen enter a corresponding stipulation and order as submitted by the parties for an extension of all scheduling dates in this case for ninety (90) days.

Approved as to form:

| | |
|---|---|
| s/with consent of Andrew J. Vanbronkhorst | s/Mark Shreve |
| ANDREW J. VANBRONKHORST | MARK SHREVE |
| Kreis, Enderle, Hudgins & Borsos, P.C. | Garan Lucow Miller, P.C. |
| P.O. Box 4010 | 1111 W. Long Lake Rd., Ste. 300 |
| Kalamazoo, MI 49003-4010 | Troy, MI 48098-6333 |
| (269) 324-3000 | (248) 641-7600 |
| avanbronk@KreisEnderle.com | mshreve@garanlucow.com |
| (P72095) | (P29149) |

                                               s/Mark A. Randon
                                               Mark A. Randon
                                               United States Magistrate Judge

Dated:  December 15, 2011

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 15, 2011, electronically.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*